# *United States District Court*

_____MIDDLE_____ **DISTRICT OF** _____**ALABAMA**_____

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **WARRANT FOR ARREST** |
| v. | |
| **JOHN SLAY** | CASE NUMBER: *1:05mj 120-VPM* |

To: The United States Marshal
   and any Authorized United States Officer

     YOU ARE HEREBY COMMANDED to arrest _____ **JOHN SLAY** _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐Indictment ☐Information ☒Complaint ☐Order of court ☐Violation Notice ☐Probation Violation Petition

charging him or her with (brief description of offense)

        combine, conspire, and confederate with others known and unknown to possess
        with intent to distribute approximately 50 grams or more of methamphetamine,
               a Schedule II Controlled Substance,

in violation of Title__21___ , United States Code, Section(s) ___846___ .

| | |
|---|---|
| VANZETTA P. McPHERSON | UNITED STATES MAGISTRATE JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| *Vanzetta P McPherson* | *10/4/05  Montgomery, AL* |
| Signature of Issuing Officer | Date and Location |

_____
(By) Deputy Clerk

Bail fixed at $_____    by    _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 5/81) Warrant for Arrest