COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA

√ INITIAL APPEARANCE
☐ BOND HEARING
☐ DETENTION HEARING
☐ PRELIMINARY (EXAMINATION)(HEARING)
☐ REMOVAL HEARING (R.40)
☐ ARRAIGNMENT

DATE: 10/7/05

DIGITAL Recording : 2:24 p.m. - 2:38 p.m.

PRESIDING MAG. JUDGE: VANZETTA PENN MCPHERSON   DEPUTY CLERK: Wanda Robinson
CASE NO. 1:05mj120-VPM   DEFENDANT NAME: John Slay
AUSA: Tommie Hardwick   DEFT. ATTY: Kathy Puzone

Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; (√) FPD

PTSO: Ron Thweatt   USPO: _____

Defendant ( ) does; (√) does NOT need an interpreter
Interpreter present (√) NO; ( ) YES   Name:

| | |
|---|---|
| √ | Date of Arrest 10/7/05 or ☐ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ☐ Prob/Sup Rel Violator |
| √ | Deft First Appearance with Counsel |
| ☐ | Deft. First Appearance without Counsel |
| ☐ | Requests appointed Counsel |
| √ | Financial Affidavit executed √ *ORAL MOTION FOR APPT OF COUNSEL* |
| √ | *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed* |
| ☐ | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| √ | Deft. Advises he will retain counsel (SOMETIME in the FUTURE). |
| ☐ | ☐ Government's ORAL Motion for Detention Hrg. ☐ to be followed by written motion; ☐ Government's WRITTEN Motion for Detention Hrg. filed |
| ☐ | Detention Hearing ☐ held; ☐ set for |
| ☐ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ☐ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ☐ | Release order entered. Deft advised of conditions of release |
| √ | BOND EXECUTED (M/D AL charges) $. |
| ☐ | BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ☐ | Bond not executed. Defendant to remain in Marshal's custody |
| ☐ | Deft. ORDERED REMOVED to originating district |
| ☐ | Waiver of ☐ preliminary hearing; ☐ Waiver Rule 40 hearing |
| ☐ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| ☐ | ARRAIGNMENT ☐HELD. Plea of NOT GUILTY entered. ☐ Set for |
| ☐ | DISCOVERY DISCLOSURE DATE: |
| ☐ | NOTICE to retained Criminal Defense Attorney handed to counsel |
| ☐ | WAIVER of Speedy Trial. CRIMINAL TERM: |

PRELIMINARY HEARING SET for 10/13/05 @ 9:00 a.m.