IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | CR. NO.: 1:05mj120-VPM |
| | ) | |
| JOHN SLAY | ) | |
| | ) | |

# ORDER

For good cause, it is

ORDERED that a Preliminary Hearing for the defendant, JOHN SLAY, be and is hereby scheduled for 13 October 2005 at 9:00 a.m., in courtroom 5A, Frank M. Johnson, Jr United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this  11th   day of October, 2005

 /s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE