# MINUTES

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA, SOUTHERN, DIVISION
### Montgomery , Alabama

HON.  Vanzetta Penn McPherson

DATE COMMENCED:    10/13/05                    TAPE RECORDING: 9:02 - 9:05

DATE COMPLETED:    10/13/05

USA                                                   1:05mj120-VPM

vs

John Slay

---

PLAINTIFF                    APPEARANCES:                    DEFENDANT

Terry Moorer                                      Kevin Butler

---

## COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy

---

## PROCEEDINGS:

(  ) JURY TRIAL
( x ) OTHER PROCEEDINGS:    Preliminary Examination Hearing

### ***HEARING NOT HELD ***

| Description | 1:05mj120-VPM USA vs. John Slay:  PRELIMINARY EXAMINATION HEARING | |
|---|---|---|
| Date | 10/13/2005 | Location |
| Time | Speaker | Note |
| 9:02:31 AM | Court | Court Convened |
| 9:02:54 AM | Defendant | Wishes to Waive the Preliminary Examination; Executed Waiver submitted to the Court |
| 9:03:47 AM | Court | Court questions defendant regarding the waiving of his right for Preliminary Examination |
| 9:05:13 AM | Court | Court allows defendant to remain on bond as previously ordered |
| 9:05:41 AM | | Court in Recess |