AO 468 (1/86) Waiver of Preliminary Examination or Hearing ⊕

# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

v.

John Slay

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 1:05mj120-VPM

I, __John Slay__, charged in a (complaint) (petition) pending in this District with __MIDDLE-ALABAMA__

in violation of Title __21__, U.S.C., __846__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

10/13/05
Date

_[signature]_
Defendant

_[signature]_
Counsel for Defendant